Dismissed and Memorandum Opinion filed July 8, 2004









Dismissed and Memorandum Opinion filed July 8, 2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00606-CR

NO.
14-04-00607-CR

____________

 

JOSEPH SEPEDA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
179th District Court

Harris County,
Texas

Trial Court Cause Nos. 949,911
& 951,674  

 



 

M E M O R A N D U M   O P I N I O N








In cause number 949,911,[1]
Appellant entered a guilty plea to theft from the person of another, a state
jail felony, enhanced by two previous felony convictions for burglary.  In cause number 951,674,[2]
Appellant entered a guilty plea to theft from the person of another, enhanced
by the two prior felony burglary convictions. 
In accordance with the terms of plea bargain agreements with the State,
on May 6, 2004, the trial court sentenced appellant in each cause number to
confinement for eight years in the Institutional Division of the Texas
Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  

The trial court entered certifications of the defendant=s right to appeal in which the court
certified that these are plea bargain cases, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 8, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App.
P. 47.2(b).

 











[1]  Appellant was
indicted for robbery for stealing the victim=s purse
after pushing her to the ground and hitting her.





[2]  Appellant was
indicted for robbery for threatening to kill the victim while committing theft.